Bronster, LLP
156 West 56th Street, Suite 902
New York, New York 10019
(347) 246-4888
Sean K. Monahan (smonahan@bronsterllp.com)

*Attorneys for Finance of America Reverse LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x         Chapter 7

In re

Deborah A Saldo,
                                             Case No. 21-30055-5-mcr
                      Debtor.

------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

      **PLEASE TAKE NOTICE** that:

      1.    Under Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1) and 1109(b), the undersigned attorney appears for *Finance of America Reverse LLC*, parties in interest, and requests that all notices given or required to be given in this case and all related cases, and all papers served or required to be served in this case and all related cases, be given to and served upon:

> Sean K. Monahan, Esq.
> Bronster, LLP
> 156 West 56th Street, Suite 902
> New York, New York 10019
> Tel: (347) 246-4888
> Fax: (347) 246-4893
> Email: smonahan@bronsterllp.com

      2.    The foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any

561005.333

application, motion, petition, pleading, requests, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, electronically, or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

3.      Neither this Notice of Appearance nor any later appearing, pleading, claim or suit shall waive the above-named entity's right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: New York, New York        **Bronster, LLP**
      February 3, 2021

By:      /s/
    Sean K. Monahan, Esq.
    156 West 56th Street
    Suite 902
    New York, New York 10019
    Telephone (347) 246-4888
    Facsimile (347) 246-4893

*Attorneys for Finance of America Reverse LLC*

561005.333

## CERTIFICATION OF SERVICE

By filing the foregoing Notice of Appearance on the docket for this case through the Court's Electronic Case Filing system ("ECF"), those parties designated to receive electronic notice of events in this case through ECF received notice of the filing hereof in accordance with General Order No. 559 of the United States Bankruptcy Court for the Eastern District of New York and Federal Rule of Bankruptcy Procedure 9036.

Dated: New York, New York
February 3, 2021

**Bronster, LLP**

By:    /s/
Sean K. Monahan, Esq.
156 West 56th Street
Suite 902
New York, New York 10019
Telephone (347)-246-4888
Facsimile (347) 246-4893

*Attorneys for Finance of America Reverse LLC*

561005.333