# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 05/03/2021 |
| Case: 21–30055–5–mcr | Form ID: 318 | Total: 24 |

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee   USTPRegion02.UT.ECF@usdoj.gov
aty   Peter C. Schaefer   schapc@aol.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Deborah A Saldo   4143 Sandbar Lane   Liverpool, NY 13090
tr   William J. Leberman–Trustee   One Lincoln Center   110 W. Fayette Street   Suite 720   Syracuse, NY 13202
909260629   AFS/AmeriFinancial Solutions, LLC.   Acct No xxxx5740   Attn: Bankruptcy   Po Box 65018   Baltimore, MD 21264
909260630   Capital One   Acct No xxxxxxxxxxxx7249   Attn: Bankruptcy   Po Box 30285   Salt Lake City, UT 84130
909260631   Chase Auto Finance   Acct No xxxx3553   PO Box 29505   Phoenix, AZ 85038–9505
909260632   Chase Auto Finance   PO Box 29505   Phoenix, AZ 85038–9505
909260633   Chase Card Services   Acct No xxxx7588   Attn: Bankruptcy   Po Box 15298   Wilmington, DE 19850
909260634   Citibank/The Home Depot   Acct No xxxxxxxxxxxx7536   Citicorp Credit Srvs/Centralized Bk dept   Po Box 790034   St Louis, MO 63179
909260635   Comenity Bank/Wayfair   Acct No xxxxxxxxxxxx5147   Attn: Bankruptcy   Po Box 182125columbus   Columbus, OH 43218
909260636   Costco Anywhere Visa Card   Acct No xxxxxxxxxxxx9364   Attn: Bankruptcy   Po Box 6500   Sioux Falls, SD 57117
909260637   Department Store National Bank/Macy's   Acct No xxxxxxxxxxxx9013   Attn: Bankruptcy   9111 Duke Boulevard   Mason, OH 45040
909260638   Empower Federal Credit Union   Acct No xxxxx8165   Attn: Bankruptcy   1 Member Way   Syracuse, NY 13212
909260639   Empower Federal Cu   Acct No xxxxxxxx0093
909262962   Fin. of America Reverse, LLC   c/o Sean K. Monahan, Esq.   Bronster, LLP   156 West 56th St., Ste 902   New York, NY 10019
909260640   Finance of America   Acct No xxx8498   P.O. Box 40724   Lansing, MI 48901–7924
909260641   Kohls/Capital One   Acct No xxxxxxxxxxxx3140   Attn: Credit Administrator   Po Box 3043   Milwaukee, WI 53201
909260642   Syncb/At Home CC   Acct No xxxxxxxxxxxx7906   Attn: Bankruptcy   Po Box 965060   Orlando, FL 32896
909260643   Syncb/PPC   Acct No xxxxxxxxxxxx2830   Attn: Bankruptcy   Po Box 965060   Orlando, FL 32896
909261576   Synchrony Bank   c/o of PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541
909260644   Synchrony Bank/ Old Navy   Acct No xxxxxxxxxxxx5766   Attn: Bankruptcy   Po Box 965060   Orlando, FL 32896
909260645   Synchrony Bank/Amazon   Acct No xxxxxxxxxxxx4302   Attn: Bankruptcy   Po Box 965060   Orlando, FL 32896
909260646   Synchrony Bank/TJX   Acct No xxxxxxxxxxxx3789   Attn: Bankruptcy Dept   Po Box 965064   Orlando, FL 32896

TOTAL: 22