*B2170 (Form 2170) (12/15)*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Deborah A Saldo<br><br>xxx−xx−8885<br>4143 Sandbar Lane<br>Liverpool, NY 13090 | )<br>)<br>)<br>)Case Number: 21−30055−5−mcr<br>)<br>)<br>)Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

William J. Leberman−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Syracuse, NY
DATED: 5/25/21

*BY THE COURT*

Margaret M. Cangilos−Ruiz
U.S. Bankruptcy Judge